STINSON MORRISON HECKER LLP
W. Dennis Cross, Esq.
Mark A. Shaiken, Esq.
Jodi M. Hoss, Esq.
1201 Walnut – Suite 2900
Kansas City, MO 64106-2150
Attorney for Debtors and Plaintiff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| In re | : | CHAPTER 11 CASE |
| | : | NO. 02-13533 (AJG) |
| WORLDCOM, INC., et al., | : | (Jointly Administered) |
| Debtors. | : | (Confirmed) |
| | : | |
| MCI WORLDCOM COMMUNICATIONS, INC. | : | |
| f/k/a WORLDCOM TECHNOLOGIES, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | Adv. Pro. No. 04-04338 (AJG) |
| v. | : | |
| | : | |
| COMMUNICATIONS NETWORK | : | |
| INTERNATIONAL, LTD. | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

ORDER (i) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR
JUDGMENT ON THE PLEADINGS, (ii) GRANTING DEFENDANT'S MOTION TO FILE NUNC
PRO TUNC RESPONSES TO CERTAIN PARAGRAPHS OF THE COMPLAINT, AND (iii)
DENYING DEFENDANT'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS

The Court has considered (i) MCI WorldCom Communications, Inc.'s ("MCI") Motion for

Judgment on the Pleadings; (ii) Communications Network International, Ltd.'s ("CNI") Motion to File

Responses *Nunc Pro Tunc* to Certain Paragraphs of the Complaint; and (iii) CNI's Cross-Motion for

Judgment on the Pleadings.

The Court has also considered CNI's Response and Objection to Plaintiff's Proposed Order Concerning the Court's Opinion of March 13, 2006, which CNI filed on March 30, 2006, and must deny it because CNI does not object to the form of the proposed order.

Consistent with the Court's opinion, filed in this Adversary Proceeding on March 13, 2006, IT IS THEREFORE:

ORDERED that MCI's Motion for Judgment on the Pleadings is granted in that CNI's claims for fraud in the inducement, intentional nondisclosure, breach of contract, defamation, and punitive damages are dismissed. MCI's motion is denied as to CNI's liability for unpaid services; and it is further

ORDERED that CNI's Motion to File Responses *Nunc Pro Tunc* to Certain Paragraphs of the Complaint is granted; and it is further

ORDERED that CNI's Cross-Motion for Judgment on the Pleadings is denied; and it is further

ORDERED that CNI's Response and Objection to Plaintiff's Proposed Order Concerning the Court's Opinion of March 13, 2006 is denied.


Dated: New York, New York
     April 4, 2006

**<u>s/Arthur J. Gonzalez</u>**
The Honorable Arthur J. Gonzalez
United States Bankruptcy Court
