**HEARING DATE AND TIME: October 23, 2007, 2007 at 10:00 A.M. E.T.**
**RESPONSE DEADLINE: October 17, 2007, 2007 at 4:00 P.M. E.T.**

STINSON MORRISON HECKER LLP
Attorneys for Debtors and Plaintiff
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Mark A. Shaiken, Esq.
Angela G. Heppner, Esq.
Jodi M. Hoss, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   :
                                                        :    Chapter 11
WORLDCOM, INC., et al.,                                 :    Case No. 02-13533 (AJG)
                                                        :
                                                        :    (Jointly Administered)
                                                        :
                    Debtors.                            :
                                                        :
MCI WORLDCOM                                            :
COMMUNICATIONS, INC. f/k/a                              :
WORLDCOM TECHNOLOGIES, INC.,                            :
                                                        :
                    Plaintiff                           :
                                                        :
            v.                                          :    Adversary Proceeding No. 04-04338 (AJG)
                                                        :
COMMUNICATIONS NETWORK                                  :
INTERNATIONAL, LTD.,                                    :
                                                        :
                    Defendant.                          :
------------------------------------------------------- x

## DEBTOR'S MOTION TO STRIKE COMMUNICATIONS NETWORK INTERNATIONAL, LTD'S DEMAND FOR A JURY TRIAL

MCI WorldCom Communications, Inc. n/k/a MCI Communications Services, Inc. ("Plaintiff" or "Debtor") respectfully moves the Court for an order striking Communications Network International, Ltd.'s ("CNI") demand for a jury trial.  CNI has no right to a jury trial because it has submitted itself to the jurisdiction of the bankruptcy court with respect to its

proofs of claim and to Debtor's objections and claims arising out of the same contract, transaction as facts as CNI's proofs of claim. Accordingly, and as illustrated more fully in the accompanying memorandum in support, CNI's jury demand should be stricken.

Dated this 5th day of October, 2007.

        Respectfully submitted,

        STINSON MORRISON HECKER LLP

        By: */s/ Mark A Shaiken* _____
            Mark A. Shaiken, Esq.
            Angela G. Heppner, Esq.
            Jodi M. Hoss, Esq.
            1201 Walnut Street, Suite 2800
            Kansas City, MO  64106
            (816) 842-8600 – Telephone
            (816) 691-3495 – Facsimile

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means, including:

Howard Gershman, Esq.
W. Mark Mullineaux, Esq.
794 Penllyn Pike
Blue Bell, PA 19422
Attorneys for the Defendant

                                          */s/ Mark A Shaiken*

                                          Attorney for Plaintiff